IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>MIGUEL ALONSO-GUTIERREZ (01),<br><br>                           Defendant. | Case No. 20-20029-01-DDC |

### MEMORANDUM AND ORDER

Defendant Miguel Alonso-Gutierrez has filed two pro se[1] motions. Doc. 247; Doc. 251. The two motions are the same. *Compare* Doc. 247, *with* Doc. 251. Both ask the court to reduce Mr. Alonso-Gutierrez's sentence under 18 U.S.C. § 3582(c)(2). Section 3582(c)(2) authorizes the court to reduce a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission[.]" Mr. Alonso-Gutierrez asserts that the Sentencing Commission lowered his sentence with the retroactive Amendment 821 to the Sentencing Guidelines.

Specifically, Mr. Alonso-Gutierrez's motions invoke Amendment 821's adjustment for zero-point offenders. Doc. 247 at 1; Doc. 251 at 1. Amendment 821 enacted U.S.S.G. § 4C1.1, which reduces a defendant's offense level by two levels if a defendant has zero criminal-history points and meets other criteria. But Mr. Alonso-Gutierrez received criminal-history points. Doc.

---

[1] People in prison "who proceed pro se . . . are entitled to liberal construction of their filings[.]" *Toevs v. Reid*, 685 F.3d 903, 911 (10th Cir. 2012); *see also Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

244 at 3–4 (Statement of Reasons).  So, the new zero-point-offender provision doesn't apply to Mr. Alonso-Gutierrez.[2]

In sum, Amendment 821 doesn't lower Mr. Alonso-Gutierrez's Guideline range, so the court lacks jurisdiction to reduce his sentence further.  *United States v. C.D.*, 848 F.3d 1286, 1289 (10th Cir. 2017) (explaining that, to secure sentence reduction under § 3582(c)(2), "the defendant must show he was sentenced based on a guideline range the Sentencing Commission lowered subsequent to defendant's sentencing" and if the defendant fails to make this showing, "the district court lacks jurisdiction over the defendant's motion and the motion must be dismissed").

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Alonso-Gutierrez's Motion to Reduce Sentence (Doc. 247) is dismissed.

**IT IS FURTHER ORDERED THAT** defendant Alonso-Gutierrez's Motion for Reduction of Sentence (Doc. 251) is dismissed.

**IT IS SO ORDERED.**

---

[2]   The court notes that Mr. Alonso-Gutierrez doesn't invoke the other part of Amendment 821:  Part A.  Part A lowers the criminal-history points a defendant receives if he committed the offense "while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status."  United States Sentencing Commission, *Amendment 821*, https://www.ussc.gov/guidelines/amendment/821 (last visited November 13, 2025).  The Guidelines previously added two criminal-history "points if the defendant committed the instant offense while under any criminal justice sentence[.]"  U.S.S.G. § 4A1.1(d) (2021).  Following Amendment 821, the Guidelines now add just one-criminal history point if the defendant committed the offense while under a criminal-justice sentence—and only if the defendant received seven or more criminal-history points.  U.S.S.G. § 4A1.1(e) (2024).

Mr. Alonso-Gutierrez hasn't invoked Part A.  That's likely because the court already gave Mr. Alonso-Gutierrez the benefit of Part A and he waived the right to an adjustment on this ground.  *See* Doc. 244 at 3–4 (Statement of Reasons) (noting that Amendment 821 would apply to Mr. Alonso-Gutierrez and applying two-level downward variance to lower Guidelines range appropriately).

**Dated this 14th day of November, 2025, at Kansas City, Kansas.**

                                                     <u>s/ Daniel D. Crabtree</u>
                                                    **Daniel D. Crabtree**
                                                    **United States District Judge**